IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: PHILLIP T. MAXWELL *aka* PHILLIP TODD MAXWELL
    *fdba* THISTLEDOME HONEYSUCKLE SOCIETY and
    JILL C. MAXWELL *aka* JILL COLLINS MAXWELL     DEBTOR(S)
    *fdba* THISTLEDOME HONEYSUCKLE SOCIETY     CASE NO. 16-12068-JDW
    CHAPTER 13
FORD MOTOR CREDIT COMPANY LLC     CREDITOR

## MOTION FOR ADEQUATE PROTECTION

COMES NOW Ford Motor Credit Company LLC (FMCC), by counsel, and moves the Court to order adequate protection payments as follows:

1.    FMCC holds a secured claim covering a 2012 Ford F150 vehicle bearing VIN 1FTFW1CF8CFA99277.

2.    Pursuant to 11 U. S. C. § 1326(a)(1)(C), Debtor(s) is to pay adequate protection payments to FMCC beginning no later than thirty (30) days after the order for relief. Debtor(s) has not paid and FMCC has not received adequate protection payments. Debtor(s) should be required to pay adequate protection payments to FMCC.

WHEREFORE, FMCC moves the Court to order adequate protection payments as aforesaid; and FMCC requests such other relief to which it may be entitled in the premises.

    Respectfully submitted,

    FORD MOTOR CREDIT COMPANY LLC

    by:    /s/Larry Spencer, Its Attorney

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS  39205
PHONE:  601-948-1547, MB #7730
spencer@kingandspencer.net

## CERTIFICATE OF SERVICE

I, Larry Spencer, Attorney for Ford Motor Credit Company LLC do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing "Motion for Adequate Protection" to:

Robert H. Lomenick, Jr.
Rlomenick@gmail.com
ATTORNEY FOR DEBTOR(S)

Locke D. Barkley
sbeasley@barkley13.com
TRUSTEE

Henry G. Hobbs, Jr.
USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

SO CERTIFIED this the 4th day of August 2016.

/s/Larry Spencer

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS  39205
PHONE:  601-948-1547, MB #7730
spencer@kingandspencer.net