

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: PHILLIP T. MAXWELL *aka* PHILLIP TODD MAXWELL
   *fdba* THISTLEDOME HONEYSUCKLE SOCIETY and
JILL C. MAXWELL *aka* JILL COLLINS MAXWELL           DEBTOR(S)
   *fdba* THISTLEDOME HONEYSUCKLE SOCIETY        CASE NO. 16-12068-JDW
                                                                                                   CHAPTER 13
FORD MOTOR CREDIT COMPANY LLC                            CREDITOR

### ORDER GRANTING ADEQUATE PROTECTION AND OTHER RELIEF

**THIS DAY** this case came on for consideration of a motion for adequate protection payments (Dkt. #20) to be made to Ford Motor Credit Company LLC on its secured claim covering a 2012 Ford Fusion vehicle bearing VIN 3FAHP0HA4CR128201, and it appears that interested parties have resolved this issue and that they have consented to the entry of this order.

    **IT IS, THEREFORE, ORDERED** that:

    1. (non-910-day motor vehicle) Creditor is entitled to adequate protection payments of one and a half percent (1½%) per month of the proposed Plan value of $7,317.00 for said property, for a monthly payment of $109.75, which is to be applied to the principal balance.

    2. Debtor(s) shall pay the full plan payment to the trustee commencing not later than thirty (30) days after the order for relief as provided by 11 U. S. C. § 1326(a)(1), including a trustee administrative fee as established by the United States Attorney General pursuant to 28 U.S.C. § 586(e)(1)(B).

3. Upon the filing of a proof of claim by said creditor, the Chapter 13 Trustee shall monthly disburse such adequate protection payments or such lease payments to Creditor beginning not later than ninety (90) days from the date of the order for relief and continuing until the Chapter 13 Plan is confirmed.

**##END OF ORDER##**

APPROVED:


/s/ Larry Spencer
Larry Spencer, Attorney for Creditor
King & Spencer, PLLC
Post Office Box 123
Jackson, Ms  39205
(601) 948-1547 / MB #7730 / spencer@kingandspencer.net


/s/ Robert H. Lomenick, Jr.
Robert H. Lomenick, Jr., Attorney for Debtor
P.O. Box 417
Holly Springs, MS 38635
662-252-3224 / MB # 104186 / rlomenick@gmail.com


/s/ G. Adam Sanford
Locke D. Barkley, Trustee