**Fill in this information to identify the case:**

Debtor 1: PHILLIP T MAXWELL

Debtor 2 (Spouse, if filing): JILL C MAXWELL

United States Bankruptcy Court for the: NORTH District of MISSISSIPPI (State)

Case number: 16 12068

## Official Form 410S1
# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Regions Bank d/b/a Regions Mortgage    Court claim no. (if known): 20

Last 4 digits of any number you use to identify the debtor's account: 4 8 7 8

Date of payment change: Must be at least 21 days after date of this notice    07/01/2019

New total payment: Principal, interest, and escrow, if any    $ 1,975.01

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 993.17     New escrow payment: $ 751.78

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Debtor 1   PHILLIP T MAXWELL
           First Name   Middle Name   Last Name

Case number (if known) 16 12068

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Davida Williams
Signature

Date 5/30/2019

Print: DAVIDA WILLIAMS
       First Name   Middle Name   Last Name

Title: BANKRUPTCY SPECIALIST

Company: Regions Bank d/b/a Regions Mortgage

Address: 7130 Goodlett Farms Parkway
         Number   Street

Cordova, TN 38016
City            State    ZIP Code

Contact phone 800-986-2462X

Email mem.bkynotice@regions.com

| Debtor 1 | PHILLIP T MAXWELL | Case number (if known) | 16 12068 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

| | |
|---|---|
| Date: | 05/30/2019 |
| Chapter 13 Trustee: | LOCKE D. BARKLEY |
| Trustee Address: | 6360 I-55 NORTH, SUITE 140, JACKSON, MS  39211 |
| Trustee Email: | |
| Debtor's Counsel Name: | ROBERT H. LOMENICK, JR |
| Debtor's Counsel Address: | P.O BOX 417, HOT SPRINGS, MS  38635 |
| Debtor's Counsel Email: | |
| Debtor 1 Name: | PHILLIP T MAXWELL |
| Debtor 2 Name: | JILL C MAXWELL |
| Debtor's Mailing Address: | PO BOX 346, BYHALIA, MS  38611-0346 |
| Debtor Email: | JILLCMAXWELL@YAHOO.COM |

/s/ DAVIDA WILLIAMS



PO BOX 18001
HATTIESBURG, MS 39404-8001

8-720-21548-0000014-001-000-000-000-000

JILL C. MAXWELL
PO BOX 346
BYHALIA MS 38611-0346

**Contact Us**

24 Hour Automated Service:    1-800-986-2462
Customer Service Hours
Monday - Friday, 7:30 a.m. - 5:00 p.m. CST

Correspondence Address:
P.O. Box 18001
Hattiesburg, MS 39404-8001

www.regionsmortgage.com

## Payment Information

| ACCOUNT NUMBER: | | |
|---|---|---|
| ANALYSIS DATE: | | 05/20/19 |
| | PAYMENT As of 07/01/18 | NEW PAYMENT As of 07/01/19 |
| Principal & Interest (P&I) | 1,223.23 | 1,223.23 |
| Escrow Payment | 890.31 | 751.78 |
| Prorated Shortage | 102.86 | .00 |
| Total | 2,216.40 | 1,975.01 * |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

### Coming Year Escrow Projections

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION



| ANTICIPATED ESCROW DISBURSEMENTS | |
|---|---|
| MORTGAGE INS | 2,540.40 |
| HAZARD INS | 2,588.00 |
| COUNTY TAX | 3,892.91 |
| TOTAL DISBURSEMENTS | 9,021.31 |
| 1/12th Total Annual Disbursements Per Payment Deposit | 751.78 |

**ACCOUNT PROJECTIONS**

| MONTH | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW ACCOUNT BALANCE | REQUIRED ESCROW ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | | Beginning Balance | 5,079.18 | 3,780.51 |
| 07/19 | 751.78 | 211.70- | FHA-RBP | 5,619.26 | 4,320.59 |
| 07/19 | | 2,588.00- | HAZARD INS | 3,031.26 | 1,732.59 |
| 08/19 | 751.78 | 211.70- | FHA-RBP | 3,571.34 | 2,272.67 |
| 09/19 | 751.78 | 211.70- | FHA-RBP | 4,111.42 | 2,812.75 |
| 10/19 | 751.78 | 211.70- | FHA-RBP | 4,651.50 | 3,352.83 |
| 11/19 | 751.78 | 211.70- | FHA-RBP | 5,191.58 | 3,892.91 |
| 12/19 | 751.78 | 211.70- | FHA-RBP | 5,731.66 | 4,432.99 |
| 01/20 | 751.78 | 211.70- | FHA-RBP | 6,271.74 | 4,973.07 |
| 01/20 | | 3,892.91- | CNTY TAX | 2,378.83 | 1,080.16 < |
| 02/20 | 751.78 | 211.70- | FHA-RBP | 2,918.91 | 1,620.24 |
| 03/20 | 751.78 | 211.70- | FHA-RBP | 3,458.99 | 2,160.32 |
| 04/20 | 751.78 | 211.70- | FHA-RBP | 3,999.07 | 2,700.40 |
| 05/20 | 751.78 | 211.70- | FHA-RBP | 4,539.15 | 3,240.48 |
| 06/20 | 751.78 | 211.70- | FHA-RBP | 5,079.23 | 3,780.56 |
| TOTAL | 9,021.36 | 9,021.31- | | | |

### PROJECTED ESCROW BALANCE SUMMARY

The right side of this form is a comparison of the projected low point of your escrow account to the allowable low point to determine an overage or shortage. The low point balance is the lowest amount your escrow account should reach over a 12 month period.

Your ending balance, from the last month of the account history is $5,079.18. Your starting balance according to this analysis should be $3,780.51.

Periodically, Regions Mortgage performs an analysis of the escrow account for your loan. Based on the escrow analysis today, you have a projected escrow overage of $1,865.49. Because your loan is not contractually current, the projected escrow overage will remain in your escrow account until the loan is brought contractually current. At that time, the escrow account will be reviewed and if there is an escrow overage of $10 or greater, it will be refunded to you by check. If the escrow overage is less than $10, it will be used to reduce your first payment due following the escrow analysis.

Your mortgage payment for the coming year will be $1,975.01 of which $1,223.23 will be for principal and interest and 751.78 will go into your escrow account.

If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with your loan, this statement is being provided for informational purposes only and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral.

* If payments are made automatically through your financial institution's bill pay service, please remember to notify them to adjust your mortgage remittance to reflect the new payment amount.

Periodically, Regions Mortgage performs an analysis of the escrow account for your loan. If your loan is contractually current, Regions Mortgage refunds escrow overages in amounts $10 or greater. If the escrow overage is less than $10, Regions Mortgage uses the overage to reduce the first payment due following the escrow analysis.

If the loan is not contractually current, the projected escrow overage will be retained until the account becomes contractually current. Your account has a projected escrow overage as shown below.

**Loan Number:**

**Projected Overage Amount:    $1,865.49**

Internet Reprint

# ESCROW ACCOUNT HISTORY

Loan Number:                                                                                                    Date: 05/20/19

- On Oct. 26, 1994, The Department of Housing and Urban Development (HUD) established a new Federal standard escrow accounting method for all loans subject to the Real Estate Settlement Procedures Act (RESPA). This method is known as "aggregate accounting". Your escrow account has been analyzed using this method. Please use this form in conjunction with the accompanying ESCROW ACCOUNT PROJECTION AND HISTORY STATEMENT.

  The left side of this form is a projection of the escrow disbursements for the next year. This may show the actual amount paid for that item, or if unknown, the projection may include a RESPA authorized adjustment to the previous year's disbursement. The total of the projected disbursement(s) is divided by a specific number of months to arrive at the monthly escrow deposit before overage or shortage adjustment. The monthly escrow deposit is used on the Coming Year Escrow Projection Statement for the "Payments to Escrow".

  At the top of this form, PAYMENT INFORMATION, provides an itemized description of your new payment amount including any required overage, deficiency, and/or shortage adjustment. For comparison, an itemized description of your previous payment has been provided.

- The purpose of the Coming Year Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year.

  The left side of the projection form is a month-to-month description of payments anticipated to be deposited and disbursed from your escrow account. The beginning Escrow Required Balance includes the disbursement of any overage reported or repayment of all shortages and/or deficits. The maximum low point by Federal Law (RESPA) is 2 monthly deposits (1/6) of your total annual disbursements from your escrow account. However, if your loan documents or state law specifies a lower minimum balance, this lesser amount will be the allowable low point for your account.

  The top of this form is a comparison of the projected low point of your escrow account to the allowable low point to determine an overage or shortage. If the projected low point is greater than the allowable low point, there is an overage. If the overage is $10 or greater, it will automatically be refunded to you unless the account is delinquent. If less than $10, we will lower your monthly payments accordingly.

  If the projected low point is less than the allowable low point, there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over the specified number of months. The adjustment amount(s) appear in the Low Balance Summary and Current Payment box.

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date.

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received earlier OR later than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received were less than OR greater than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New insurance escrow requirement paid |
|  |  | • Lender placed insurance premium paid |

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | 4,036.47 | 10,047.10- |
| 07/18 | 890.31 | 1,116.58 * | 217.57 | * | FHA-RBP | 4,709.21 | 8,930.52- |
| 07/18 |  |  |  | 217.57 * | FHA-RBP | 4,709.21 | 9,148.09- |
| 08/18 | 890.31 | 2,233.16 * | 217.57 | * | FHA-RBP | 5,381.95 | 6,914.93- |
| 08/18 |  |  |  | 217.57 * | FHA-RBP | 5,381.95 | 7,132.50- |
| 09/18 | 890.31 | * | 217.57 | * | FHA-RBP | 6,054.69 | 7,132.50- |
| 09/18 |  |  |  | 217.57 * | FHA-RBP | 6,054.69 | 7,350.07- |
| 10/18 | 890.31 | 1,116.58 * | 217.57 | * | FHA-RBP | 6,727.43 | 6,233.49- |
| 10/18 |  |  |  | 217.57 * | FHA-RBP | 6,727.43 | 6,451.06- |
| 10/18 |  |  |  | 2,588.00 * | HAZARD INS | 6,727.43 | 9,039.06- |
| 11/18 | 890.31 | 2,233.16 * | 217.57 | * | FHA-RBP | 7,400.17 | 6,805.90- |
| 11/18 |  |  |  | 217.57 * | FHA-RBP | 7,400.17 | 7,023.47- |
| 12/18 | 890.31 | 1,116.58 * | 217.57 | * | FHA-RBP | 8,072.91 | 5,906.89- |
| 12/18 |  |  |  | 217.57 * | FHA-RBP | 8,072.91 | 6,124.46- |
| 01/19 | 890.31 | * | 217.57 | * | FHA-RBP | 8,745.65 | 6,124.46- |
| 01/19 |  |  | 3,892.91 | 3,892.91 | CNTY TAX | 4,852.74 | 10,017.37- |
| 01/19 |  |  |  | 217.57 * | FHA-RBP | 4,852.74 | 10,234.94- |
| 02/19 | 890.31 | 1,116.58 * | 217.57 | * | FHA-RBP | 5,525.48 | 9,118.36- |
| 02/19 |  |  | 4,180.00 | * | HAZARD INS | 1,345.48 < | 9,118.36- |
| 02/19 |  |  |  | 217.57 * | FHA-RBP | 1,345.48 | 9,335.93- |
| 03/19 | 890.31 | 1,116.58 * | 217.57 | 217.57 | FHA-RBP | 2,018.22 | 8,436.92- |
| 04/19 | 890.31 | 2,233.16 * | 217.57 | * | FHA-RBP | 2,690.96 | 6,203.76- |
| 04/19 |  |  |  | 211.70 * | FHA-RBP | 2,690.96 | 6,415.46- |
| 05/19 | 890.31 | 10,924.87 * E | 217.57 | * E | FHA-RBP | 3,363.70 | 4,509.41 E |
| 05/19 |  |  |  | 211.70 * | FHA-RBP | 3,363.70 | 4,297.71 |
| 06/19 | 890.31 | 993.17 * E | 217.57 | 211.70 * E | FHA-RBP | 4,036.44 | 5,079.18 E |
| TOTAL | 10,683.72 | 24,200.42 | 10,683.75 | 9,074.14 |  |  |  |